AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

MAY 16 2019

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:19-mj-273 |
| Maricella WILLIAMSON, a/k/a "Maricella Marquez," a/k/a "Maricella Guajardo," | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from on or about <u>March 7, 2019</u>, in the city of <u>Virginia Beach,</u> within the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

*Code Section* | *Offense Description*
---|---
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute one kilogram or more of heroin and 50 grams or more of methamphetamine

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND REVIEWED:

_____
William Jackson
Assistant United States Attorney

_____
*Complainant's signature*
Brian A. Reynaldo, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-16-19

City and state: Norfolk, VA

_____
*Judge's signature*
Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*