IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FILED
JUN 28 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:19-CR-116 |
| | ) | |
| v. | ) | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) |
| | ) | Conspiracy |
| MARICELLA WILLIAMSON, | ) | (Count One) |
|    a/k/a "Maricella Marquez," | ) | |
|    a/k/a "Maricella Guajardo," | ) | |
| | ) | 18 U.S.C. § 924(d), 21 U.S.C. § 853, |
| | ) | 28 U.S.C. § 2461 |
|             Defendant. | ) | Asset Forfeiture |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

In or about February to March 2019, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, the defendant, MARICELLA WILLIAMSON, a/k/a "Maricella Marquez," a/k/a "Maricella Williamson," did unlawfully and knowingly combine, conspire, confederate, and agree with other persons, both known and unknown, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic-controlled substance, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic-controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

(All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.)

## **CRIMINAL FORFEITURE**

1. The defendant, if convicted of the violation alleged in this Information, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2:

   a. Any firearm or ammunition used in or involved in the violation;

   b. Any property, real or personal, which constitutes or is derived from proceeds traceable to the violation; and

   c. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Section 924(d) by Title 28, United States Code, Section 2461 and Title 21, United States Code, Section 853.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
William B. Jackson
Assistant United States Attorney